JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>CHICO'S FAS, INC., a Florida corporation; and DOES 1 through 10,<br><br>          Defendant. | CASE NO. 2:23-cv-04226-JLS<br><br>**JUDGMENT** |

Summary Judgment having been granted by this Court in favor of Defendant Chico's FAS, Inc. ("Chico's FAS") as to all remaining claims, **IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Chico's FAS and against Bluprint Clothing Corp.

Chico's FAS, as the prevailing party in this action, may seek costs in accordance with Local Rule 54 and Federal Rule of Civil Procedure 54. **IT IS SO ORDERED.**

DATED: August 1, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE