UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICO'S FAS, INC., a Florida corporation; and DOES 1 through 10,<br><br>    Defendants. | Case No.  2:23-cv-04226-JLS<br><br>Honorable Josephine L. Staton<br><br>**AMENDED JUDGMENT** |

Summary Judgment having been granted by this Court in favor of Defendant Chico's FAS, Inc. ("Chico's FAS") as to all remaining claims, **IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Chico's FAS, Inc.

Further, the Court **AWARDS** $134,551.89 in attorneys' fees to Chico's FAS recoverable from Plaintiff Bluprint Clothing Corp.

**IT IS SO ORDERED.**

Dated: September 12, 2024

_____
HON. JOSEPHINE L. STATON.
UNITED STATES DISTRICT JUDGE